# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Stanley Voulgarelis

a/k/a

Stelios Voulgarelis

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 89-0447L-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 29, 1989** in **Middlesex** county, in the _____ District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

move or travel in interstate commerce with the intent to avoid prosecution under the laws of the state of Massachusetts.

in violation of Title **18** United States Code, Section(s) **1073**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  X ☒ Yes   ☐ No

_Kathleen L. Branigan_
Signature of Complainant
Kathleen L. Branigan

Sworn to before me and subscribed in my presence,

November 2, 1989                    at    Boston, Massachusetts
Date                                       City and State
LAWRENCE P. COHEN
United States Magistrate

Name & Title of Judicial Officer          Signature of Judicial Officer

AFFIDAVIT

November 2, 1989
Boston, Massachusetts

I, Kathleen L. Branigan, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and I am assigned to the Fugitive Squad. I have been a member of the FBI for 10 years.

2. This affidavit is made in support of a warrant for the arrest of Stanely Voulgarelis for violation of Title 18, United States Code, Section 1073.

3. On October 31, 1989, I was informed by Massachusetts State Trooper Dwyn Byrne of the fugitive section of the Child Abuse Unit, Massachusetts State Police of the following:

> a. On or about October 29, 1989, in Tyngsboro, Massachusetts Stanley Voulgarelis, being the father of Elsa Voulgarelis, four years old, and Demetra Voulgarelis, 22 months old, during a supervised visitation, did, without lawful authority, hold and intend to hold such children permanently and for a protracted period, and did take such children from their lawful custodian.
>
> b. On October 30, 1989, a complaint and arrest warrant were issued by the Lowell District Court charging Stanley Voulgarelis with parental kidnapping, G.L. c. 265A,

Section 26A.

c. Law enforcement authorities have been unable to locate Stanley Voulgarelis within the Commonwealth of Massachusetts.

d. It is believed that Stanley Voulgarelis is now in the state of Florida after having fled from Tyngsboro, Massachusetts.

e. The District Attorney for Middlesex County will rendite Stanley Voulgarelis if he is apprehended outside the District of Massachusetts.

3. Attached hereto and made a part of this affidavit are certified copies of the complaint and arrest warrant for Stanley Voulgarelis, which were issued by the Massachusetts District Court, Lowell, Massachusetts.

*Kathleen L. Branigan*
KATHLEEN L. BRANIGAN

Subscribed to and sworn before me this 2nd day of November, 1989.

*Lawrence P. Cohen*
LAWRENCE P. COHEN
United States Magistrate

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Stan Voulgarelis
711 Princeton Blvd
Lowell, MA

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 12/24/43 M | 642 |
| DATE OF OFFENSE | PLACE OF OFFENSE |
| 10/29/89 | Tyngsboro |
| COMPLAINANT | POLICE DEPARTMENT |
| William McANistan | Tyngsboro |
| DATE OF COMPLAINT | RETURN DATE AND TIME |
| 10/30/89 | Warrant |

COUNT OFFENSE

A. KIDNAPPING OF MINOR BY RELATIVE C265 S26A

being a relative of **Elsa Voulgarelis** and **Demetra Voulgarelis**, a child less than 18 years old, did, without lawful authority, hold or intend to hold such child permanently or for a protracted period, or did take or entice such child from said child's lawful custodian, in violation of G.L. c.265, s.26A.

COUNT OFFENSE

COUNT OFFENSE

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this 31st day of October 1989

_[signature]_
ASSISTANT CLERK

COUNT OFFENSE

COMPLAINANT: X _William McAnistan_

SWORN TO BEFORE CLERK-MAGISTRATE/ASST CLERK X _[signature]_  ON (DATE) 10/30/89

FIRST JUSTICE: Joseph A. Grasso, Jr.

COURT ADDRESS: 41 Hurd Street, Lowell, MA 01852

A TRUE COPY ATTEST: X

ADDITIONAL COUNTS ATTACHED

| | | |
|---|---|---|
| **WARRANT** | 8911 CR 9134 | **Trial Court of Massachusetts** District Court Department |

**COURT DIVISION:** Lowell

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
Stan Voulgarelis
711 Princeton Blvd
Lowell, MA

**TO ANY AUTHORIZED OFFICER: REASON FOR WARRANT**
- ☐ Representation of prosecutor that defendant may not appear unless arrested.
- ☐ Defendant failed to appear after being summoned to appear.
- ☐ Defendant failed to appear after recognizing to appear.
- ☐ Defendant failed to pay [fine] [costs] in the amount of $
- ☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $
- ☐ Other:

**DEF. DOB AND SEX:** 12/24/43 M
**OFFENSE CODE(S):** 642
**DATE OF OFFENSE:** 10/29/89
**PLACE OF OFFENSE:** Tyngsboro
**COMPLAINANT:** William McANistan
**POLICE DEPARTMENT:** Tyngsboro
**DATE OF COMPLAINT:** 10/30/89
**RETURN DATE AND TIME:** Warrant

**COUNT OFFENSE**
A. KIDNAPPING OF MINOR BY RELATIVE C265 S26A

being a relative of **Elsa Voulgarelis and Demetra Voulgarelis**, a child less than 18 years old, did, without lawful authority, hold or intend to hold such child permanently or for a protracted period, or did take or entice such child from said child's lawful custodian, in violation of G.L. c.265, s.26A.

**COUNT OFFENSE**

**COUNT OFFENSE**

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this 31ST day of October 1989

*[signature]*
ASSISTANT CLERK

**COUNT OFFENSE**

THE COURT HAS ORDERED THAT A ~~WARRANT~~ DEFAULT WARRANT ISSUE AGAINST THE ABOVE DEFENDANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

**WITNESS: FIRST JUSTICE** Joseph A. Grasso Jr
**DATE OF ISSUE:** 10/30/89
**CLERK-MAGISTRATE/ASST. CLERK:** *[signature]*

## RETURN OF SERVICE

By virtue of this warrant, I certify that

The defendant has been arrested as ordered by the court.

I am returning the warrant without service to the court.

| SIGNATURE OF PERSON MAKING SERVICE | TITLE OF PERSON MAKING SERVICE |
|---|---|
| X | |

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this 31ST day of October/1989

_ASSISTANT CLERK_