UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | MAGISTRATE DOCKET NO. 89-0447-LPC |
| | ) | |
| | ) | |
| STANLEY VOULGARELIS | ) | |
| a/k/a | ) | |
| STELIO VOULGARELIS | ) | |

STATUS REPORT

In accordance with the Court's Conditional Order of Dismissal (February 8, 2005), the United States of America hereby requests that the above-entitled case remain open. As the basis for maintaining this action, the government states that the complaint in this case charges the defendant with unlawful flight to avoid prosecution, in violation of 18 U.S.C. § 1073. The defendant allegedly fled to avoid prosecution by the Commonwealth of Massachusetts for parental kidnapping, in violation of M.G.L. c. 265A, § 26A. The government understands that the Commonwealth intends to prosecute the defendant upon his apprehension.

For these reasons, the government requests that the above-entitled case remain open.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Donald L. Cabell
        _____
        DONALD L. CABELL
        Assistant U.S. Attorney
        (617) 748-3105